UNITED STATES COURT OF INTERNATIONAL TRADE

```
─────────────────────────────────────
                                    :
JING MEI AUTOMOTIVE (USA),          :
                                    :
                 Plaintiff,         :
                                    :   Before: Richard K. Eaton, Judge
         v.                         :
                                    :   Court No. 13-00321
UNITED STATES,                      :
                                    :
                 Defendant.         :
                                    :
─────────────────────────────────────
```

# JUDGMENT

This case having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion for summary judgment is denied; it is further

**ORDERED, ADJUDGED AND DECREED** that Defendant's cross-motion for summary judgment is granted; it is further

**ADJUDGED AND DECREED** that Plaintiff's Category 1 (interior trim) articles are correctly classified under subheading 3926.30.50 of the Harmonized Tariff Schedule of the United States ("HTSUS"), 2011 revision 1 or 2012 basic version, depending on the date of entry; it is further

**ADJUDGED AND DECREED** that Plaintiff's Category 2 (door handles and door handle parts) articles are correctly classified under subheading 3926.30.10 of the HTSUS, 2011 revision 1 or 2012 basic version, depending on the date of entry; it is further

**ADJUDGED AND DECREED** that Plaintiff's Category 3 (external trim) articles are correctly classified under subheading 3926.30.50 of the HTSUS, 2011 revision 1 or 2012 basic version, depending on the date of entry; it is further

**ADJUDGED AND DECREED** that Plaintiff's Category 4 (mirror scalps) articles are correctly classified under subheading 8708.29.50.60 of the HTSUS, 2011 revision 1 or 2012 basic version, depending on the date of entry; it is further

**ADJUDGED AND DECREED** that pursuant to the parties' Joint Stipulation (Nov. 8, 2022), ECF No. 76, Plaintiff abandoned its classification claim regarding its Category 5 (emblems) that were liquidated under subheading 3926.90.99 of the HTSUS, 2011 revision 1 or 2012 basic version, depending on the date of entry; it is further

**ADJUDGED AND DECREED** that pursuant to the parties' Joint Stipulation (Nov. 8, 2022), ECF No. 76, Plaintiff abandoned its classification claim regarding its Category 5 (wheel trim) that were liquidated under subheading 8708.29.50 of the HTSUS, 2011 revision 1 or 2012 basic version, depending on the date of entry; and it is further

**ORDERED** that this case is dismissed.

    /s/ Richard K. Eaton
    Judge

Dated: January 5, 2024
    New York, New York