UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| JING MEI AUTOMOTIVE (USA), : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> UNITED STATES, : <br> : <br> Defendant. : | Before: Richard K. Eaton, Judge <br><br> Court No. 13-00321 |

**ORDER**

In accordance with USCIT Rule 60(a), the Judgment docketed for slip opinion 23-180, ECF No. 78, *Jing Mei Automotive (USA) v. United States*, is hereby vacated *sua sponte*.

**So ordered.**

                                                                 /s/ Richard K. Eaton
                                                                                  Judge

Dated: January 16, 2024
       New York, New York