UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| JING MEI AUTOMOTIVE (USA), <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Before: Richard K. Eaton, Judge <br><br> Court No. 13-00321 |

## JUDGMENT

This case having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion for summary judgment is granted in part and otherwise denied; it is further

**ORDERED, ADJUDGED AND DECREED** that Defendant's cross-motion for summary judgment is granted in part and otherwise denied; it is further

**ADJUDGED AND DECREED** that Plaintiff's Category 1 (interior trim) articles are correctly classified under subheading 3926.30.50 of the Harmonized Tariff Schedule of the United States ("HTSUS"), 2011 revision 1 or 2012 basic version, depending on the date of entry; it is further

**ADJUDGED AND DECREED** that Plaintiff's Category 2 (door handles and door handle parts) articles are correctly classified under subheading 3926.30.10 of the HTSUS, 2011 revision 1 or 2012 basic version, depending on the date of entry; it is further

**ADJUDGED AND DECREED** that Plaintiff's Category 3 (exterior trim) articles are correctly classified under subheading 3926.30.50 of the HTSUS, 2011 revision 1 or 2012 basic version, depending on the date of entry; it is further

**ADJUDGED AND DECREED** that pursuant to the parties' Joint Stipulation ¶¶ 5 & 7 (Nov. 8, 2022), ECF No. 76, Plaintiff's Category 4 (mirror scalps) articles are correctly classified under subheading 8708.29.50 of the HTSUS, 2011 revision 1 or 2012 basic version, depending on the date of entry; it is further

**ADJUDGED AND DECREED** that pursuant to the parties' Joint Stipulation ¶¶ 4 & 6 Plaintiff abandoned its classification claim regarding its Category 5 (emblems) that were liquidated under subheading 3926.90.99 of the HTSUS, 2011 revision 1 or 2012 basic version, depending on the date of entry; it is further

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's Category 5 (axle covers) articles are correctly classified under subheading 8708.70.60.45 of the HTSUS, 2011 revision 1 or 2012 basic version, depending on the date of entry.

                                                              /s/ Richard K. Eaton
                                                                      Judge

Dated: April 1, 2024
       New York, New York